```
Court Name: US District Court SDO
Division: 1
Receipt Number: 100CIN042681
Cashier ID: hiltze
Transaction Date: 09/10/2021
Payer Name: MORGAN VERKAMP LLC
---------------------------------
MISCELLANEOUS PAPERS
 For: MORGAN VERKAMP LLC
 Case/Party: D-OHS-1-21-MC-000022-001
 Amount:         $49.00
---------------------------------
PAPER CHECK CONVERSION
 Remitter: MORGAN VERKAMP LLC
 Check/Money Order Num: 4221
 Amt Tendered:  $49.00
---------------------------------
Total Due:      $49.00
Total Tendered: $49.00
Change Amt:      $0.00


For any payment returned or denied
for insufficient funds, or reversed
due to a chargeback, $53.
```