UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | Case No. 1:21-mc-22 |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| v. | : | Magistrate Judge Karen L. Litkovitz |
| CHRISTIANA CARE HEALTH SERVICES, et al., | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 9), ISSUING A SHOW CAUSE ORDER, AND SETTING HEARING**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz (Doc. 9), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety.

Accordingly, the Court **ISSUES** a show cause order to Respondent Joan Gilhooly to appear on July 29, 2022 at 10:00 AM to show cause during a hearing why she should not be held in contempt of court for failing to obey the Court's November 3, 2021 Order. The Court further orders Respondent to pay Petitioner's expenses incurred in seeking compliance with the subpoenas. Petitioner **SHALL PRESENT** evidence of said expenses to the extent further necessary during this same hearing.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND